John Willie MACK, Jr., Plaintiff–Appellant,

v.

John David BURGESS, Spartanburg City Police, in his Individual and Official Capacities; George David Reeves, Custodian of Evidence for the Spartanburg City Police Department, in his Individual and Official Capacities; Manuel J. Ortuno, Forensics Analyst of South Carolina Law Enforcement Division, in his Individual and Official Capacities; Anthony C. Leibert, Solicitor and State Attorney for Spartanburg County/City, in his Individual and Official Capacities; Barry Joe Barnette, Solicitor and State Attorney for Spartanburg County/City, in his Individual and Official Capacities, Defendants–Appellees.

No. 15–7380.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2016.

Decided: Feb. 9, 2016.

John Willie Mack, Jr., Appellant Pro Se.

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Willie Mack, Jr., appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mack v. Burgess*, No. 9:15–cv–02128–DCN, 2015 WL 4885212 (D.S.C. Aug. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We conclude that the district court's order is final and appealable. *See Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623–24, 629–30 (4th Cir.2015).